UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRYAN KIM BULLARD,<br>Defendant. | Case No.: 24-cr-1063-BAS<br><br>ORDER OF RESTITUTION |
|---|---|

IT IS HEREBY ORDERED:

1. Pursuant to 18 U.S.C. § 3663(a)(1)(A) and (a)(3), Defendant BRYAN KIM BULLARD (hereinafter "Defendant") shall pay restitution in the amount of $7,282.09, as a result of Defendant's conviction for Distribution of Fentanyl, in violation of 21 U.S.C. § 841(a)(1). Restitution shall be joint and several with all co-defendants and co-conspirators ordered to pay restitution for the same losses.

2. Restitution shall be paid to the following victims, who are family members of D.G., in the specified amounts, pro rata. The United States shall provide the family members' true names and addresses to the Clerk of the Court.

| Victim | Amount |
|---|---|
| C.A.G. | $1,569.73 |
| T.G. | $2,088.63 |
| D.G.W. | $3,585.28 |

|   |   |
|---|---|
| L.A. | $38.45 |

3. Defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

4. After considering the factors set forth in 18 U.S.C. § 3664(f)(2), the Court finds that the Defendant has the ability to pay the restitution as set forth in the following payment schedule:

    a. During any period of incarceration, Defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of Defendant's income, or $25.00 per quarter, whichever is greater.

    b. Upon release from custody, Defendant shall pay restitution at the rate of at least $202 per month, subject to modification upon further agreement of the parties or order of the Court.

5. This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A).

6. Defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

> Clerk of the Court
> United States District Court
> Southern District of California
> 333 West Broadway, Suite 420
> San Diego, CA 92101

7. The Court has determined that Defendant does not have the ability to pay interest. The interest requirement is waived pursuant to 18 U.S.C. 3612(f)(3)(A).

8. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution no later than thirty days after the change occurs. *See* 18 U.S.C. § 3664(k).

9. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs. *See* 18 U.S.C. § 3612(b)(1)(F).

IT IS SO ORDERED.

DATED: July 28, 2025

Hon. Cynthia Bashant, Chief Judge
United States District Court